**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR F 05-0381 AWI |
| ) | NEW CASE NUMBER |
| Plaintiff, ) | |
| ) | CR F 05-0381 OWW |
| v. ) | PRIOR CASE NUMBER |
| ) | |
| MARIA SYLVIA SANDOVAL ANAYA, ) | ORDER RELATING CASE |
| ) | AND REASSIGNING |
| Defendant. ) | DISTRICT JUDGE |
| _____ ) | |

The court finds that the above-captioned action is related to <u>United States of America v. Gabriel Juan Gracida Mejia</u>, CR F 05-0379 AWI within the meaning of Local Rule 83-123(a)(3), in that both cases appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort.  Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered case, is reassigned to the same judge as the lower numbered case.  <u>See</u> Local Rule 83-123(c).  IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, CR F 05-0381 AWI.

IT IS SO ORDERED.

Dated:     October 25, 2005                             /s/ Anthony W. Ishii
0m8i78                                                          UNITED STATES DISTRICT JUDGE