```
McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIA SYLVIA SANDOVAL ANAYA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | 1:05 cr 00381 AWI <br><br> STIPULATION TO CONTINUE <br> STATUS CONFERENCE and ORDER <br> THEREON |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant Maria Sylvia Sandoval Anaya, through their respective counsel, SHEILA K. OBERTO, Assistant United States Attorney, and JACK CARSON REVVILL, Esq., as follows:

1. The date for the hearing on the status conference presently set for March 20, 2006 shall be continued to **May 8, 2006** at **9:00 a.m.**

2. The delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(i).

This continuance is necessary to give the parties an opportunity to conduct further investigations and to engage in further discussions and negotiations, including, but not limited to, discussions relating

1

to a potential resolution of the case.

Dated:  March 14, 2006              Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    By /s/ Sheila K. Oberto
                                       SHEILA K. OBERTO
                                    Assistant U.S. Attorney

                                         /s/ Jack Carson Revvill
                                    By_____
                                       JACK CARSON REVVILL
                                    Attorney for Defendant MARIA SYLVIA
                                    SANDOVAL ANAYA


**ORDER**

IT IS SO ORDERED.

**Dated:   March 17, 2006**              **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

2