PROB 35

**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA** )
)
                vs. ) **Docket Number: 1:05CR00381-001**
)
**MARIA SYLVIA SANDOVAL ANAYA** )
)

On August 21, 2006, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

                              Respectfully submitted,

                              /s/ Frank Esquivel

                              **FRANK ESQUIVEL**
                              **Senior United States Probation Officer**

Dated:       November 5, 2008
               Bakersfield, California
               FE:dk
                              /s/ Thomas A. Burgess
**REVIEWED BY:**                _____
                              **THOMAS A. BURGESS**
                              **Supervising United States Probation Officer**

**Re: Maria Sylvia Sandoval ANAYA**
  **Docket Number:   1:05CR00381-001**
  **ORDER TERMINATING PROBATION**
  **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   November 6, 2008**                  /s/ Anthony W. Ishii
                                                                CHIEF UNITED STATES DISTRICT JUDGE